## August J. HEIDE v. UNITED STATES.

No. 6301.

Circuit Court of Appeals, Sixth Circuit.

Oct. 4, 1932.

Oscar A. Riopelle, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., and Louis M. Hopping, Asst. U. S. Atty., both of Detroit, Mich.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.